# EXHIBIT B

BIRCH CREEK

VIA EMAIL, DELIVERY RECEIPT REQUESTED

April 30, 2026

Boyd Jones Construction Company
Attn: Andrew Crane
Email: acrane@boydjones.biz

FR – Williamsport, LLC
c/o Birch Creek Energy
2650 Locust Street, Suite 100
St. Louis, Missouri 63103

RE: Solar Project Engineering, Procurement and Construction Agreement
Williamsport Solar Project
Notice of Withholding and Request for Management Negotiations

Dear Mr. Crane,

Reference is made to Solar Project Engineering, Procurement and Construction Agreement by and between FR -Williamsport, LLC ("Owner") and Boyd Jones Construction Company ("Contractor") dated April 4, 2025 (the "Agreement"). All terms not otherwise defined herein shall have the meaning set forth in the Agreement.

Owner is writing to provide notice of its intention to exercise its right to withhold certain amounts pursuant to Section 5.4(c) of the Agreement and to formally request Management Negotiations pursuant to Section 16.3 of the Agreement.

As Contractor is aware, it is currently one hundred and fifty (150) days past the Guaranteed Mechanical Completion Date and one hundred and twenty-nine (129) days past the Guaranteed Substantial Completion Date. Pursuant to the Agreement, Mechanical Completion liquidated damages are calculated at seven hundred and fifty dollars ($750) per MWac per day for each day of delay and Substantial Completion liquidated damages are calculated at one thousand dollars ($1,000) per MWac per day for the first thirty (30) days of delay and one thousand five hundred dollars ($1,500) per MWac per day beyond the first thirty (30) days of delay. These rates, paired with Contractors extensive delays, mean that Contractor has already hit the Delay Liquidated Damages cap of ten percent (10%) of the Contract Price, or one million nine hundred seventy-six thousand one hundred and ninety-one dollars and twenty cents ($1,976,191.20).

These extensive delays to the Guaranteed Mechanical Completion Date and the Guaranteed Substantial Completion Date, paired with Contractor hitting the cap of Delay Liquidated Damages, constitute a Contractor Event of Default. As such, Owner is entitled to withhold amounts in addition to those outlined above during Contractor's continuing default.

As such, consistent with its rights under the Agreement, Owner intends to withhold the entirety of the Applications for Payment received in January, February, and March. Namely:

- January, Bill Number 25-015-12 in the amount of $910,065.68
- February, Bill Number 25-015-13 in the amount of $580,685.92
- March, Bill Number 25-015-14 in the amount of $649,355.99
- Total: $2,140,107.59

Additionally, Owner hereby requests a meeting between authorized members of each Party's senior management with the power and authority to resolve disputes. Owner seeks a commercial resolution and settlement of the outstanding issues between the Parties, including the Delay Liquidated Damages, and a mutually agreeable path toward successful completion and finalization of the Project. Please provide times for such representatives to meet, with such meeting occurring no more than five (5) Business Days after receipt of this notice.

We trust you appreciate the urgency of this letter and look forward to your prompt response. Please contact me with any questions or concerns regarding these issues.

Sincerely,

BIRCH CREEK

Williamsport Solar, LLC

Dan Siegel

cc: VIA EMAIL
witsken@birchcreekdev.com
hylton@birchcreekdev.com
huntley@birchcreekdev.com
wasserberger@birchcreekdev.com