# EXHIBIT D

BIRCH CREEK

**VIA EMAIL, DELIVERY RECEIPT REQUESTED**
**VIA OVERNIGHT DELIVERY**

July 7, 2026

Boyd Jones Construction
950 South 10th Street Suite #100
Omaha, NE 68108
Attn: Andrew Crane
Email: acrane@boydjones.biz

**RE: Solar Project Engineering, Procurement and Construction Agreement**
**Williamsport Solar Project - Notice of Termination for Cause**

Dear Mr. Crane:

Reference is made to the Solar Project Engineering, Procurement and Construction Agreement by and between FR-Williamsport, LLC ("Owner") and Boyd Jones Construction Company ("Contractor") dated April 4, 2025 (the "Agreement"), relating to the Williamsport Solar Project (the "Project"). Capitalized terms used but not otherwise defined in this letter have the meanings set forth in the Agreement.

**I. Notice of Termination.**

On June 8, 2026, Owner issued to Contractor a Notice of Continuing Default identifying Contractor's continuing defaults and Contractor Events of Default under the Agreement (the "Notice of Continuing Default"). The Notice of Continuing Default is incorporated into this notice of termination (this "Termination Notice") by reference.

Since issuance of the Notice of Continuing Default, the Project has continued to deteriorate. Contractor Events of Default exist and remain ongoing, and Owner continues to incur immediate and worsening harm, including harm arising from continued delay, incomplete Work, impairment of Project financing, asserted lien rights, failure to provide a credible path to Mechanical Completion or Substantial Completion, and failure to prosecute and protect the Work in accordance with the Agreement.

Without waiving any default, cure demand, claim, right, or remedy identified in the Notice of Continuing Default, and without limiting Owner's position that Contractor has failed to cure existing Contractor Events of Default, Owner elects to exercise its rights under Article 12 of the Agreement, including Section 12.4(a). Owner terminates the Agreement for cause, effective immediately upon Contractor's receipt of this Termination Notice.

Contractor Events of Default include, without limitation:

- Contractor's failure to timely achieve Mechanical Completion in violation of Sections 4.1(b), 4.3, and 12.2(e) of the Agreement;

BIRCH CREEK

- Contractor's failure to timely achieve Substantial Completion in violation of Sections 4.1(b), 4.5, and 12.2(f) of the Agreement;
- Contractor's failure to diligently prosecute the Work, furnish sufficient labor forces, comply with the Project Schedule, and satisfy related reporting and recovery obligations in violation of Sections 4.1(c), 4.2, 12.2(b), and 12.2(d) of the Agreement;
- Contractor's failure to comply with the Agreement's mandatory notice, claim, payment-application, and lien-waiver requirements, including Sections 5.4(a), 6.5, 7.3(a), and 12.2(p); and
- Contractor's failure to cure continuing defaults constituting Contractor Events of Default entitling Owner to terminate the Agreement and exercise all associated contractual remedies, including under Sections 12.2(b), 12.2(c), 12.2(d), 12.2(f), 12.2(p), and 12.2(s) of the Agreement.

Nothing in this Termination Notice limits, modifies, supersedes, or waives any default, fact, claim, right, or remedy identified in the Notice of Continuing Default. All such defaults, facts, claims, rights, and remedies are preserved.

**II. Effect of Termination.**

As a result of this termination, Contractor shall immediately cease Work except to the extent directed by Owner in writing. Contractor shall withdraw from the Site upon Owner's request. Contractor shall not perform further Work, enter the Site, communicate with Subcontractors or suppliers on behalf of the Project, remove Equipment, remove materials, or take any other action affecting the Project except as authorized by Owner in writing.

Contractor shall preserve and protect the Site, the Work in progress, the Facility, all Equipment, all materials, all deliverables, and all records relating to the Project in their present condition. Contractor shall not remove, alter, damage, transfer, conceal, dispose of, or disturb any Work, Equipment, materials, documents, data, tools, supplies, records, or other property relating to the Project except as directed by Owner in writing.

Pursuant to Section 12.4(c) and all other applicable provisions of the Agreement, Contractor shall cooperate fully with Owner's transition of the Project to Owner and/or replacement contractors. Owner requests and directs Contractor to assign to Owner all subcontracts, purchase orders, and permits relating to the Work that Owner requests. Contractor shall deliver and make available to Owner all information, drawings, specifications, documents, patents, licenses, administration materials, and other items related to the Work reasonably necessary to permit Owner to complete, or cause the completion of, the Work.

Contractor shall promptly deliver to Owner all current schedules, progress reports, daily reports, RFIs, submittals, testing records, commissioning materials, punch-list materials, closeout items, vendor communications, Subcontractor and supplier contact information, lien waiver materials, payment records, warranty materials, procurement records, and all other files and data in Contractor's possession, custody, or control relating to the Work. Owner and its agents may use all such materials as permitted under Section 12.4(c) and the other applicable provisions of the Agreement.

Contractor shall act as Owner's agent, if requested by Owner, to enforce assigned rights under

contracts assigned to Owner pursuant to Section 12.4(c).

Owner directs Contractor, promptly upon receipt of this Termination Notice, to identify in writing its designated transition representative and provide a written transition report identifying:

- all remaining Work;
- all incomplete, Defective, damaged, or nonconforming Work;
- all open RFIs, submittals, testing items, commissioning items, punch-list items, and closeout items;
- all Subcontractors and other Persons that furnished labor, services, materials, Equipment, or work for the Project;
- all amounts claimed to be outstanding by Contractor or by any Subcontractor or other Person that furnished labor, services, materials, Equipment, or work for the Project;
- all materials and Equipment located on the Site, in transit, in storage, or otherwise procured for the Project;
- all permits, approvals, inspections, warranties, licenses, and vendor rights requiring transfer, assignment, cooperation, or follow-up; and
- all documents and data necessary for Owner to complete the Project and mitigate damages.

Contractor shall immediately remove from the Site, to the extent requested by Owner, all Equipment, materials, tools, instruments, debris, waste, and other items generated or brought onto the Site by Contractor in the performance of the Work. Any further presence of Contractor or its personnel on the Site shall be only at Owner's written direction and subject to Owner's conditions. Contractor shall not interfere with Owner's possession, control, transition, protection, completion, financing, or operation of the Project.

Owner reserves the right to take possession of the Project, the Site, the Work, the Facility, and all materials relating to the Project; to complete the Work using third parties; and to undertake such expenditures as Owner determines are necessary or appropriate to complete the Work. Owner further reserves the right to proceed against any security given by Contractor or for Owner's benefit, seek equitable relief, pursue dispute resolution, make payments or perform obligations required to cure any Contractor Event of Default, and recover from Contractor the cost of such payment or performance, including by offset against payments otherwise due to Contractor under the Agreement.

Contractor is not entitled to receive any further payments under the Agreement except for payments, if any, for Work performed and Equipment provided prior to termination, subject in all respects to Owner's rights of withholding, deduction, setoff, recoupment, and recovery under the Agreement and applicable law. If Owner's Completion Cost exceeds the unpaid portion of the Contract Price at the time of termination, Owner reserves the right to demand payment from Contractor in accordance with Section 12.4(c), including payment of undisputed amounts within thirty (30) days following receipt of Owner's demand, together with interest and all other amounts available under the Agreement and applicable law.

**III. Reservation of Rights.**

This termination is in addition to, and not in lieu of, Owner's other contractual and legal rights

and remedies. Nothing in this Termination Notice shall be construed to limit Owner's right to recover Delay Liquidated Damages, Completion Costs, direct damages, attorneys' fees, costs, and expenses to the extent available, and all other relief available under the Agreement, at law, or in equity.

Owner expressly reserves all rights and remedies arising out of Contractor's defaults, including, without limitation, the right to recover Liquidated Damages, direct damages, Completion Costs, transition costs, replacement contractor costs, financing-related losses and damages to the extent recoverable, third-party claims, attorneys' fees, costs, and expenses to the extent available, and all other losses, costs, and damages recoverable under the Agreement or applicable law. Owner also reserves all rights with respect to Contractor's payment claims, asserted lien rights, and any proceeding arising out of or relating to the Project.

Nothing in this Termination Notice shall be deemed a waiver of any default, Contractor Event of Default, claim, right, or remedy, whether known or unknown. Nothing in this Termination Notice shall be deemed an election of remedies or a limitation on Owner's ability to pursue additional or alternative remedies under the Agreement, at law, or in equity. All rights and remedies are cumulative and may be exercised separately or concurrently.

No delay, forbearance, accommodation, extension, approval, payment, correspondence, negotiation, or course of dealing by Owner shall constitute a waiver of any right or remedy or limit Owner's ability to enforce the Agreement.

Contractor is placed on notice of its obligation to preserve all documents and communications, including emails, electronically stored information, text messages, call logs, meeting notes, agendas, minutes, photographs, videos, schedules, reports, submittals, RFIs, change order materials, payment records, lien materials, and all other records relating to the Project, the Agreement, Contractor's performance, Owner's claims, Contractor's claims, any Contractor Events of Default, delay, damages, completion, financing, liens, payment disputes, and any subject matter addressed in this Termination Notice or the Notice of Continuing Default.

This preservation obligation extends to all physical and electronic records, including records stored on personal devices, cloud services, messaging platforms, and third-party systems. It also extends to Contractor's agents, employees, representatives, subsidiaries, Affiliates, successors, and assigns. Failure to preserve such materials may result in adverse legal consequences.

Sincerely,

FR-Williamsport, LLC

Dan Siegel Signed by: Daniel Siegel 07A6AC799D594EC...

cc: VIA EMAIL
siegel@birchcreekdev.com
witsken@birchcreekdev.com
hylton@birchcreekdev.com

BIRCH CREEK

huntley@birchcreekdev.com
legal@birchcreekdev.com