**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| FR-WILLIAMSPORT LLC,<br><br>Plaintiff,<br><br>v.<br><br>BOYD JONES CONSTRUCTION CO.,<br><br>Defendant. | ) | Civil Action No. 1:26-cv-02472-YK |

**ENTRY OF APPEARANCE**

Kindly enter my appearance as counsel for Plaintiff, FR-Williamsport LLC, in the above-captioned matter.

Dated: August 27, 2026

Respectfully submitted,

*/s/ Cara L. Brack*

Kevin C. Meacham (PA ID 208152)
Cara L. Brack (PA ID 330369)

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
One PPG Place Suite 3200
Pittsburgh, PA 15222
(412) 730-4050 (Telephone)
(412) 567-9241 (Fax)
Kevin.meacham@nelsonmullins.com
Cara.brack@nelsonmullins.com

*Counsel for Plaintiff FR-Williamsport, LLC*